# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 22, 2014

## NO. 03-13-00281-CR

**Robert Murphy, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 8 OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
## AFFIRMED -- OPINION BY JUSTICE ROSE

This is an appeal from the judgment entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.